ALASKA CENTRAL EXPRESS, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Northern Air Cargo, Inc., Defendant–Appellee.

No. 02–5043.

United States Court of Appeals, Federal Circuit.

March 20, 2003.

ON MOTION

*ORDER*

Alaska Central Express, Inc. moves without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) All sides shall bear their own costs.

Eloise C. THOMAS, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 03–3138.

United States Court of Appeals, Federal Circuit.

March 20, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.